ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Trident E&P, LLC | ) ASBCA No. 63189-ADR |
| | ) |
| Under Contract No. SP7000-21-D-0001 | ) |

APPEARANCES FOR THE APPELLANT:    Michael E. Barnicle, Esq.
       Arnold & Porter Kaye Scholer LLP
       Chicago, IL

                                        Keith J. Feigenbaum, Esq.
       Arnold & Porter Kaye Scholer LLP
       Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
       DLA Chief Trial Attorney
      Bruce T. McCarty, Esq.
       Trial Attorney
       DLA Document Services
       New Cumberland, PA

## ORDER OF DISMISSAL

Following a successful mediation at the Board, the terms of the parties' settlement agreement have been consummated. The dispute is now fully settled, and the appeal is dismissed with prejudice.

Dated: February 27, 2024

_____
REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63189-ADR, Appeal of Trident E&P, LLC, rendered in conformance with the Board's Charter.

Dated:  February 27, 2024

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals